**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00622-CV

## IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06233**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's request for emergency relief. We **ORDER** relator to bear the costs

of this original proceeding.

/s/     DOUGLAS S. LANG
         JUSTICE